**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Hector Fernandez,

      Petitioner,

v.

Warden, FMC Rochester; and the United
States of America,

      Respondents.

No. 26-cv-2507 (KMM/LIB)

**ORDER**

This matter is before the Court on United States Magistrate Judge Leo I. Brisbois's Report and Recommendation ("R&R") recommending that Petitioner Hector Fernandez's Petition for a Writ of Habeas Corpus be dismissed. (Dkt. 6.) In his Petition, Mr. Fernandez argues that his time credits under the First Step Act and Second Chance Act have been miscalculated. (Dkt. 1.) Judge Brisbois concluded otherwise, finding that Mr. Fernandez misreads the relevant statutory language, and recommended that the Petition be dismissed. (Dkt. 6.)

Mr. Fernandez did not timely object to R&R or in the weeks since. *See* D. Minn. LR 72.2(b)(1) (setting 14-day deadline for objections). In the absence of objections, the Court reviews an R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Finding no error, the Court accepts the R&R and denies the Petition.

2

## ORDER

For the reasons set forth above, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. 6) is **ACCEPTED**; and

2. Petitioner Hector Fernandez's Petition for a Writ of Habeas Corpus (Dkt. 1) is **DENIED**.

**Let Judgment be entered accordingly.**

Date: July 21, 2026

s/*Katherine M. Menendez*

Katherine M. Menendez
United States District Judge