**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Hector Fernandez,                                              No. 26-cv-2507 (KMM/LIB)

      Petitioner,

v.

                                                    **ORDER**

Warden, FMC Rochester; and the United
States of America,

      Respondents.

---

The Court has received Petitioner Hector Fernandez's untimely Objections to United States Magistrate Judge Leo I. Brisbois's Report and Recommendation ("R&R"). (Dkt. 9.) In his Objections, Mr. Fernandez disagrees with Judge Brisbois's analysis regarding the interplay between the First Step Act and Second Chance Act. (*Id.*) Mr. Fernandez explained that he missed the Objections deadline due to being hospitalized.[1] (*Id.*) The Court has once again reviewed the Petition (Dkt. 1) and R&R, this time applying the de novo standard used for timely Objections. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b)(3). Doing so, the Court overrules the Objections and again denies the Petition.

**ORDER**

For the reasons set forth above, **IT IS HEREBY ORDERED THAT**:

1.  Petitioner Hector Fernandez's "Late Objections" (Dkt. 9) are **OVERRULED**;

2.  The Report and Recommendation (Dkt. 6) is **ACCEPTED**; and

---

[1] The Court is sorry to hear about Mr. Fernandez's medical issues and wishes him the best of health.

1

2

3.  Petitioner Hector Fernandez's Petition for a Writ of Habeas Corpus (Dkt. 1) is **DENIED**.


Date: July 24, 2026                          *s/Katherine M. Menendez*

                                              Katherine M. Menendez
                                              United States District Judge